UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARSHALL ALLEN COATS,

Plaintiff,

v.

MADELEINE WILLIAMSON,

Defendant.

Case No. C26-3220-JCC-MLP

ORDER

Having reviewed the Report and Recommendation (Dkt. No. 6) of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the record, and in light of the Court's inability to locate Plaintiff as to potential objections, (*see* Dkt. No. 7), the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 6).

(2) This action is DISMISSED without prejudice for failure to pay the filing fee.

The Clerk is directed to attempt to send copies of this Order to Plaintiff and to Judge Peterson.

Dated 23rd day of November, 2026.

John C. Coughenour
United States District Judge